IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| SYBIL MARIE LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:15cv659-MHT |
| | ) | (WO) |
| COMPUTER SCIENCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Plaintiff filed this lawsuit claiming sex discrimination. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment and motion to strike be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2017.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**