IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| SYBIL MARIE LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:15cv659-MHT |
| | ) | (WO) |
| COMPUTER SCIENCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 61) is adopted.

(2) Defendant's motion for summary judgment (doc. no. 40) and motion to strike (doc. no. 49) are granted.

(3) Judgment is entered for defendant and against plaintiff, with plaintiff taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of June, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE